## Lessman v. Krelhaus.

APPEAL from Cullman Circuit Court.

Tried before the Hon. H. C. SPEAKE.

COFER & BROWN and L. M. WILHITE, for appellant.

GEO. H. PARKER, *contra*.

The appeal is prosecuted from a judgment of the circuit court quashing a writ of *certiorari* granted on the petition of the appellant, by which the judgment and proceedings in the commissioners court of Cullman county, in the matter of establishing a private road was certified to the circuit court. Judgment affirmed.

Opinion by COLEMAN, J.

## Cantelou v. The State.

APPEAL from Montgomery City Court.

Tried before the Hon. THOS. M. ARRINGTON.

FARNHAM, CRUM & WEIL, for appellant.

WM. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for selling property on which there was a mortgage. Judgment affirmed.

Opinion by MCCLELLAN, J.